In the Matter of JOSEPH M. SMITH, an Attorney.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

COLUMBIA BAKING COMPANY, a Foreign Corporation, Appellant, Respondent, v. HARRY D. TIPTON and Others, Respondents, Appellants, Impleaded with Others. (Action No. 1.) — Judgment and orders affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; McAvoy, J., taking no part.

COLUMBIA BAKING COMPANY, a Foreign Corporation, Appellant, Respondent, v. HARRY D. TIPTON and Others, Respondents, Appellants, Impleaded with Others. (Action No. 2.) — Judgment and orders affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; McAvoy, J., taking no part.

FLORENCE C. MESSLIN, Appellant, *v.* RUDOLPH MESSLIN, Respondent.

PER CURIAM. The facts set forth in the moving papers filed on plaintiff's application for alimony and counsel fee do not warrant the granting of such application. We are of opinion, however, that the case should be tried during the June, 1933, term. If not disposed of during that term, the plaintiff should be allowed to renew her motion for alimony at Special Term on additional papers. The orders appealed from should be affirmed. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. Orders affirmed.

In the Matter of the Application of DAVID KASSEL, Respondent, to Fix and Determine His Fees as Attorney, etc., upon Interests and Claims of EDITH M. FRANKLIN and Another, Plaintiffs, against CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, Defendant. EDITH M. FRANKLIN and Another, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.